# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH CENTRAL DIVISION

Trent Baker
BAKER IP PLLC
921 South Main Street #3147
Cedar City, Utah 84720
801-618-3349
trent@bakerip.com

*Attorney for Plaintiff, FRAZER INDUSTRIES LLC*

| | |
|---|---|
| **FRAZER INDUSTRIES LLC** *Plaintiff,* v. **CENTURION PRO SOLUTIONS INC.** *Defendant.* | **COMPLAINT FOR PATENT INFRINGEMENT** **JURY TRIAL DEMANDED** Civil Action No. __23-853 |

# COMPLAINT

Plaintiff FRAZER INDUSTRIES LLC ("Frazer") for its Complaint against Defendant CENTURION PRO SOLUTIONS INC. ("Centurion") states and alleges as follows:

# THE PARTIES

1. Plaintiff Frazer is a Washington company with a principal place of business at 3710 Chelan Highway, Wenatchee, WA 98801.

2. Upon information and belief, Defendant Centurion is a Canadian corporation with its principal place of business at 20091 113b AV Avenue, Maple Ridge, BC V2X 0Z2.

## JURISDICTION AND VENUE

3. This action arises under the patent laws of the United States, 35 U.S.C. § 1 *et seq*., including 35 U.S.C. § 271. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4. Venue in this district is proper under 28 U.S.C. §§ 1391 (b) - (c) and 1400(b) because Centurion's contacts with this jurisdiction are sufficient to subject it to personal jurisdiction in this district.

5. The Court has personal jurisdiction over Centurion in this action because Centurion has had, and continues to have, substantial, continuous and systematic contacts with the State of Utah and, this has purposefully availed itself of the privilege of conducting activities in this judicial district, thereby invoking the benefits and protections of the laws of the State of Utah.

6. Upon information and belief, Centurion regularly transacts business in this judicial district through a retail partner **Moonlight Garden Supply** 1572 S State, Salt Lake City UT 84115 listed on its website www.cprosolutions.com under the store locator feature.



**BACKGROUND FACTS**

7. Frazer owns all right, title and interest in U.S. Patent No. 11,766,066 (the "'066 patent").

8. The '066 patent, entitled titled "SYSTEMS AND METHODS FOR MEDICINAL CANNABIS HARVESTING" was duly and legally issued by the United States Patent and Trademark Office on September 26, 2023, after full and fair examination.   A copy of the '066 patent is attached hereto as Exhibit A.

9. Centurion sells and distributes multiple cannabis bucker machines including the HP1, HP3, HPTT, HPM, Centurion Pro XL, and Megabucker (hereby "Centurion Buckers") available for purchase at www.cprosolutions.com and affiliated retail stores.



## CLAIM FOR RELIEF

### Infringement of Frazer's '066 Patent

10. Frazer repeats and realleges, as though fully set forth herein, the allegations contained in paragraphs 1 through 9 of this Complaint.

11. Centurion has willfully infringed and is continuing to willfully infringe the '066 patent by making, using, and offering to sell, and/or distributing in the United States, and/or importing into the Unites States, products that are encompassed by the claims of the '066 patent, by inducing others (e.g. Centurion stores and consumers) to infringe the '066 patent, and/or by contributing to others' (e.g. Centurion stores and consumers) infringement of the '066 patent.   In particular, and without limitation, at least one of the Centurion Buckers products are encompassed by and infringe the claims of the '066 patent.

12. Upon information and belief, Centurion had knowledge of the '066 patent's publication as early as December 26, 2019 as evidenced by a patent notification letter sent on behalf Frazer attached as Exhibit B.

13. Upon information and belief, Centurion will continue to willfully infringe the '066 patent unless enjoined by this court.   Additional letters were sent on behalf of Frazer to Centurion on June 22, 2022, September 22, 2022, January 10, 2023, and November 1, 2023.

14. As a direct and proximate result of the acts of patent infringement by Centurion, Frazer has incurred and will incur attorneys' fees, costs, and expenses in the prosecution of this action. The circumstances of this dispute create an exceptional case within the meaning of 35 U.S.C. § 285, and Frazer is entitled to recover its reasonable and necessary fees and expenses.

## PRAYER FOR RELIEF

WHEREFORE, Frazer respectfully requests that the Court enter judgment:

A. Finding that Centurion has infringed, and willfully infringed, the '066 patent;
B. Preliminarily and permanently enjoining Centurion, its officers, agents, servants, employees, and all other in active concert or participation with them who receive action notice of said injunction, from infringing, contributing to the infringement of or inducing the infringement of the '066 Patent;
C. Awarding damages sustained by Frazer by reason of Centurion's infringement of the '066 patent, including but not limited a reasonable royalty, together with interest thereon, and such damages trebled pursuant to 35 U.S.C. 284.
D. Granting to Frazer such other and further relief as the Court deems just and proper.

## JURY DEMAND

In accordance with Federal Rules of Civil Procedure 38 and 39, Frazer asserts its rights under the Seventh Amendment to the United States Constitution and demands a trial by jury on all issues triable by a jury.

DATED: November 20, 2023

Respectfully submitted,

Trent Baker on behalf of FRAZER INDUSTRIES LLC
Trent H. Baker, *attorney for plaintiff*
BAKER IP PLLC
Registered Patent Attorney
921 South Main Street #3147
Cedar City, UT 84720
Phone 801-618-3359
trent@bakerip.com